1 Lawrence D. Rohlfing
　Attorney at Law: 119433
2 Law Offices of Lawrence D. Rohlfing
　12631 East Imperial Highway, Suite C-115
3 Santa Fe Springs, CA 90670
　Tel.: (562) 868-5886
4 Fax: (562) 868-8868
　E-mail: rohlfing.office@rohlfinglaw.com
5
　Attorneys for Plaintiff
6 Charles A. Dale

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES A. DALE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 2:17-cv-2410 DB<br><br>STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

TO THE HONORABLE DEBORAH BARNES, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Charles A. Dale be awarded attorney fees and expenses in the amount of four thousand six hundred dollars ($4,600.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

-1-

| | |
|---|---|
| 1 | After the Court issues an order for EAJA fees to Charles A. Dale, the |
| 2 | government will consider the matter of Charles A. Dale's assignment of EAJA fees |
| 3 | to Lawrence D. Rohlfing. The retainer agreement containing the assignment is |
| 4 | attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), |
| 5 | the ability to honor the assignment will depend on whether the fees are subject to |
| 6 | any offset allowed under the United States Department of the Treasury's Offset |
| 7 | Program. After the order for EAJA fees is entered, the government will determine |
| 8 | whether they are subject to any offset. |

Fees shall be made payable to Charles A. Dale, but if the Department of the Treasury determines that Charles A. Dale does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Charles A. Dale.[1] Any payments made shall be delivered to Lawrence D. Rohlfing.

This stipulation constitutes a compromise settlement of Charles A. Dale's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Charles A. Dale and/or Lawrence D. Rohlfing including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

///

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

This award is without prejudice to the rights of Lawrence D. Rohlfing and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: March 28, 2019     Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Lawrence D. Rohlfing*
Lawrence D. Rohlfing
Attorney for plaintiff Charles A. Dale

DATED: March 29, 2019     McGREGOR W. SCOTT
United States Attorney

/s/ *Michael K. Marriott*

MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant Nancy A. Berryhill,
Acting Commissioner of Social Security
(Per e-mail authorization)

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: April 3, 2019     /s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE